**Order filed October 26, 2017**



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00207-CV
_____

## DAVID H. ARRINGTON, Appellant

## V.

## ARANDA POOLS, INC., Appellee

**On Appeal from the 441st District Court**
**Midland County, Texas**
**Trial Court Cause No. CV 49667**

### O R D E R

This court issued an opinion and judgment on August 31, 2017, and subsequently granted two timely filed motions for extension of time in which to file a motion for rehearing. With the most recent extension, the motion for rehearing was due October 23, 2017. On that date, the parties filed in this court a joint motion to abate the appeal so that the parties may effectuate their settlement agreement. Due to a concern related to the expiration of this court's plenary power, we will treat the

parties' joint motion to abate as a third motion for extension of time to file a motion for rehearing.  *See* TEX. R. APP. P. 2, 19.1(a), 19.3.

Accordingly, we grant an extension of time in which to file a motion for rehearing.  The motion for rehearing is now due on or before December 11, 2017.  If a settlement is effectuated in the interim, the parties may file an appropriate motion in this court.

PER CURIAM

October 26, 2017

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.